UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23363-JLK

JAY WOLF, individually, and as guardian for

KAREN WOLF,

      Plaintiff,

v.

FOUR MIDTOWN MIAMI

CONDOMINIUM ASSOCIATION, INC.,

      Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE is before the Court on the April 29, 2022, Report and Recommendation ("R&R") (DE 45) of Magistrate Judge Jacqueline Becerra. No objections were filed.

The R&R recommends granting in part and denying in part Plaintiff's Expedited Motion for Preliminary Injunction (DE 20) and that the Parties' joint proposal be entered as an Order of the Court. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the facts and law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 45)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2

2. The Plaintiff's Expedited Motion for Preliminary Injunction **(DE 20)** is hereby **GRANTED IN PART AND DENIED IN PART**; and

3. The Parties' Joint Proposal as outlined in the R&R is hereby entered as an Order of the Court.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of May, 2022.

_____
**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA**

cc:   **All Counsel of Record
      Magistrate Judge Jacqueline Becerra**